UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x
LISA CANTWELL, on behalf of herself and all others similarly
situated,

                                                    Civil Action No:
                                                    1:24-cv-5868

                            Plaintiff,


        -v.-


CHRISTIAN DIOR, INC.


                            Defendants.
-----------------------------------------------------------------------x

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney that whereas

no party hereto is an infant, incompetent person for whom a committee has been appointed or

conservatee, and no person not a party has an interest in the subject matter of the action, that

the above entitled action specifically with regard to Defendant shall be and hereby is

dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees

to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that a

dismissal with prejudice may be entered in the above entitled action pursuant hereto.


Dated: November 6, 2024                    Respectfully Submitted,


                                            _/s/Rami Salim_____
                                            Rami Salim, Esq.
                                            **Stein Saks, PLLC**
                                            One University Plaza, Suite 620
                                            Hackensack, NJ 07601
                                            rsalim@steinsakslegal.com
                                            Tel. 201-282-6500
                                            Fax 201-282-6501
                                            *Attorneys for Plaintiff*

## **Certificate of Service**

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.


This 6th day of November, 2024          Respectfully Submitted,

                                        */s/ Rami Salim*
                                        Rami Salim